

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00252-CR

Luis **SANCHEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6545
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. Time is extended to October 23, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court